## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMRO ELANSARI,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 21-CV-0141** |
| | : | |
| **THE COMMONWEALTH OF** | : | |
| **PENNSYLVANIA,** | : | |
| **Defendant.** | : | |

### <u>ORDER</u>

AND NOW, this 28th day of January, 2021, upon consideration of Plaintiff Amro Elansari's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Complaint (ECF No. 2), Supplemental Brief in Support of Issuance of Summons (ECF No. 4), and Motion to Strike (ECF No. 5) it is **ORDERED** that:

1.     Leave to proceed *in forma pauperis* is **GRANTED**.

2.     The Complaint is **DEEMED** filed.

3.     The Motion to Strike, which strikes Elansari's request for damages, is **GRANTED**.

4.     The Complaint is **DISMISSED WITH PREJUDICE** as legally frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

5.     The Clerk of Court is **DIRECTED** to close this case.

6.     No later than seven (7) days from the date of this Order, Elansari shall **SHOW CAUSE** by filing a "Response to Show Cause Order" not to exceed ten pages stating why the Court should not enjoin him, for the reasons stated in the accompanying Memorandum, from filing any new civil, non-*habeas* cases on an *in forma pauperis* basis, unless: (1) he does so

through counsel; (2) he becomes incarcerated and he files a lawsuit challenging the conditions of his confinement; or (3) he seeks review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g), denying him social security benefits.

7.      Should Elansari fail to file a Response as directed by Paragraph 6 of this Order, the Court will issue an injunction against Elansari without any further notice.

**BY THE COURT:**


/s/Joel H. Slomsky, J.
**JOEL H. SLOMSKY, J.**

2